**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    In the Interest of B. K. G. D. aka B. G. v. Department of Family and Protective Services

Appellate case number:    01-20-00057-CV

Trial court case number:    2018-04694J

Trial court:    313th District Court of Harris County

The motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                          Acting for the Court

Panel consists of Justices Keyes, Kelly, and Landau.

Date:   __November 19, 2020_____